**FILED**

APR 3 0 2001

LARRY W. PROPES, CLERK
CHARLESTON, SC

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| LISA MOORE, | Civil Action No.: 2 01 02 1 2 1 8 |
| Plaintiff, | |
| vs. | |
| CAR TITLE LOANS OF AMERICAN, LLC, | MOTION FOR PRELIMINARY INJUNCTION |
| Defendant. | |



DENIED w/o prejudice

David C. Norton
United States District Judge

Date 4/30/01

13