JUDGE DAVID C. NORTON
JURY SELECTION JANUARY 7, 2002
JURY AND NON JURY TERM

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

OCT 1 1 2001

LARRY W. PROPES, CLERK
CHARLESTON, SC

TO: MEMBERS OF THE BAR TO REPORT FOR JURY SELECTION

Please take notice that a **BAR MEETING** has been scheduled for **THURSDAY, OCTOBER 25, 2001 AT 2:00 P.M.** in Courtroom II, Hollings Judicial Center, Meeting Street at Broad Street, Charleston South Carolina, to fix a roster of cases to be tried during the **TERM OF COURT COMMENCING JANUARY 7, 2002 THRU FEBRUARY 28, 2002.**

**JURIES FOR ALL CASES TO BE DRAWN ON MONDAY, JANUARY 7, 2002 AT 10:00 AM. IN COURTROOM I, HOLLINGS JUDICIAL CENTER, MEETING STREET AT BROAD, CHARLESTON, SOUTH CAROLINA.** Jury list will be available at the Clerk's office on **December 17, 2001.**

**FIVE DAYS PRIOR TO THE DATE THE TRIAL IS SCHEDULED TO COMMENCE PRE-TRIAL BRIEFS (Local Rule 83.V.01, DSC), shall be filed in duplicate with the Clerk of Court.**

**Your attention is called to (Local Rule 83.V.03, DSC) directing that Exhibits are to be pre-marked and stipulations as to exhibits to be made at least (5) days prior to trial.**

**PURSUANT TO LOCAL RULE 47.02**, attorneys and parties must comply with a new procedure for inspecting or purchasing Juror Questionnaires. You must make your request on a "JUROR QUESTIONNAIRE FORM." You can obtain the form from the Clerk's Office. After completion a deputy clerk must approve it. You must present the approved form to the printer to purchase questionnaires. The information contained in the questionnaires is to be used solely for evaluating potential jurors for jury service for your case and is not to be used or distributed for any other purpose. Any person wanting to obtain this information for any other purpose must petition

the Court for a hearing. If you have any questions about this procedure, please call Karen Monts, Jury Administrator at (803) 765-5584. Copies of the responses will be available for purchase beginning **Friday, December 28, 2001**, at Broad Street Printing Company, 143 King Street, Charleston, South Carolina. Your contact at Broad Street Printing will be Robin Walsh, Telephone (843) 722-3899. **THESE INTERROGATORIES WILL NOT BE REPEATED AT JURY SELECTION.**

The forms for Consent to Proceed before a United States Magistrate Judge and the Notice of Right to Consent to the Exercise of Civil Jurisdiction by a Magistrate Judge and Appeal Option may be picked up at the Office of the Clerk of Court. If any cases are settled, or if you have any questions concerning this calendar, please call Marge Passailaigue in the Charleston Clerk's Office at (843) 579-1415.

By direction of the Court, the following forms are considered attachments to this calendar and should be accessed through our website:

(1)    Order to Conduct Mediation  **(Mediation to be completed by December 28, 2001)**

(2)    Mediation Initiation Form

(3)    Juror Questionnaire Request Form

(4)    Exercise of Jurisdiction by a Magistrate Judge

Please access this information through our website using the following directions:

The web address is    **www.scd.uscourts.gov**

(1)    **Click** on **Attorney Information**

(2)    **Click** on **Calendar Attachments**

(3)    **Click** on **Judge David C. Norton**

Copies of these attachments are also available in the Charleston Clerk's Office

                                                        BY DIRECTION OF THE COURT

October 11, 2001                                        LARRY W. PROPES, CLERK
                                                        UNITED STATES DISTRICT COURT

JUDGE DAVID C. NORTON
JURY ROSTER
JANUARY 7, 2002

| | |
|---|---|
| 2:99-cv-1861-18 | Miller, et. al. vs Asensio |
| 2:00-cv-1199-18 | Cox vs CCA Industries Inc |
| 2:00-cv-1230-18 | Linden, et. al. vs Wilbanks |
| 2:00-cv-2359-18 | Thompson vs Queen City Inc |
| 2:00-cv-2400-18 | Sicash Builders Inc, et. al. vs Federal Insurance Co |
| 2:00-cv-2555-18 | Curry vs RM Engineered Prod |
| 2:00-cv-3130-18 | White, et. al. vs Berman Industries |
| 2:00-cv-3142-18 | Travelers Indemnity vs Trinity Industries |
| 2:00-cv-3529-18 | Spears Construction vs Arctic Slope Const |
| 2:00-cv-3553-18 | Lamm, et. al. vs Sears Roebuck, Co |
| 2:00-cv-3602-18 | Heaton vs Massachusetts Mutual |
| 2:00-cv-3736-18 | Palmer, et. al. vs NACCO Materials |
| 2:00-cv-3744-18 | Powers, et. al. vs John Crosland Co |
| 2:00-cv-3746-18 | Escoe vs Norton |
| 2:00-cv-3872-18 | Torgrimson vs Nugent |
| 2:00-cv-3873-18 | Williams vs Laidlaw Education |
| 2:00-cv-3890-18 | Flowers vs Sauder Woodworking |
| 2:00-cv-3921-18 | Coleman vs CNA Insurance Co |
| 2:00-cv-3970-18 | Ulm vs Coastal Corrugated |

1

**JUDGE DAVID C. NORTON**
**JURY ROSTER**
**JANUARY 7, 2002**

| Case Number | Caption |
|---|---|
| 2:00-cv-3975-18 | Collins vs Burbage |
| 2:00-cv-4012-18 | Hezekiah, et. al. vs Carey Hilliards, Inc |
| 2:00-cv-4013-18 | Wheeler, et. al. vs Mantowoc Cranes Inc |
| 2:01-cv-0041-18 | KNP Hospitality Inc, et. al. vs Super 8 Motels Inc |
| 2:01-cv-0059-18 | Walters, et. al. vs Charleston County |
| 2:01-cv-0090-18 | Garrett vs Southern Dredging Co |
| 2:01-cv-0113-18 | McTighe, et. al. vs Wal Mart Stores Inc |
| 2:01-cv-0212-18 | Moore vs Car Title Loans |
| 2:01-cv-0282-18 | Swing, et. al. vs Cloverleaf Landscape |
| 2:01-cv-0407-18 | Rouse vs LU Transport Inc |
| 2:01-cv-0420-18 | Lynch vs Penhall Corp |
| 2:01-cv-0490-18 | Owens vs Fort Sumter Tours |
| 2:01-cv-0574-18 | Yamaha Cycle Center, et. al. vs Yamaha Motor Corp |
| 2:01-cv-0663-18 | McDowell vs American Freightways |
| 2:01-cv-0715-18 | Coldwell Banker Real vs LaTorre |
| 2:01-cv-0720-18 | Thomas vs Marriott Intl Inc |
| 2:01-cv-0824-18 | Goldstein Family Ltd, et. al. vs Town of Mt. Pleasant |
| 2:01-cv-0885-18 | Schubert vs South Carolina Fed |
| 2:01-cv-0896-18 | Sevrin vs Beach Company |
| 2:01-cv-0926-18 | Brooks vs Main Waters Mgmt Inc |

JUDGE DAVID C. NORTON
JURY ROSTER
JANUARY 7, 2002

| | |
|---|---|
| 2:01-cv-0928-18 | Rempesent vs Waffle House Inc |
| 2:01-cv-0945-18 | Myers vs Fernandez |
| 2:01-cv-0949-18 | Engle, et. al. vs BTR Deli Inc |
| 2:01-cv-0977-18 | McDaniel vs Allstate Insurance |
| 2:01-cv-0990-18 | Mizell vs Bayer Corporation |
| 2:01-cv-1927-18 | Southard vs Allstate Insurance |
| 2:01-cv-1934-18 | Broach vs City of Charleston |
| 2:01-cv-1950-18 | Merrill Lynch Pierce vs Coleman |
| 2:01-cv-1961-18 | Allstate Insurance, et. al. vs Singer Sewing |
| 2:01-cv-1996-18 | KingVision vs Peagler |
| 2:01-cv-2046-18 | Davis vs Lewis |
| 2:01-cv-2072-18 | Ward vs American Family Life |
| 2:01-cv-2073-18 | Dressler vs Wal Mart Stores Inc |
| 2:01-cv-2084-18 | Cano, et. al. EA Parker and Sons |
| 2:01-cv-2151-18 | Douglas vs Colleton County |
| 2:01-cv-2224-18 | Gethers vs Rumsfeld |
| 2:01-cv-2238-18 | Haun, et. al. vs Ford Mortor Co |
| 2:01-cv-3053-18 | Jenkins vs Sulzer US Industries |

## JUDGE DAVID C. NORTON
## NON JURY ROSTER

| | |
|---|---|
| 2:99-cv-3060-18 | USA vs McClain |
| 2:00-cv-0379-18 | Tokio Marine & Fire vs Turquoise |
| 2:00-cv-0389-18 | Commercial Union Ins vs Detyens Shipyards |
| 2:00-cv-0574-18 | Deas vs England |
| 2:00-cv-1092-18 | Roman Catholic, et. al. vs Stroupe |
| 2:00-cv-1401-18 | Southeast Atlantic, et. al. vs Glickman |
| 2:00-cv-2560-18 | Bunch vs Ohio Casualty Group |
| 2:00-cv-2595-18 | USA vs Gantt |
| 2:00-cv-3050-18 | WSI of the Southeast vs ILA Local 1422 |
| 2:00-cv-3083-18 | Selective Insurance vs Platt |
| 2:00-cv-3504-18 | Nationwide Mutual vs Wickersham |
| 2:00-cv-3553-18 | Lamm, et. al. vs Sear Roebuck & Co |
| 2:00-cv-3671-18 | Parasail Express LLC |
| 2:00-cv-3801-18 | Bone, et. al. vs Vecchio |
| 2:00-cv-3837-18 | Clark vs H&C Fishers Inc |
| 2:00-cv-3893-18 | St. Paul Fire vs Richardson |
| 2:00-cv-3921-18 | Coleman vs CNA Insurance Co |
| 2:00-cv-3974-18 | Pacific Employers vs Beaumont Townhomes |
| 2:01-cv-0439-18 | Cryovac Sealed Air vs DM Consol Line |
| 2:01-cv-0503-18 | Campbell, et. al. vs Dredge Cherokee |

4

**JUDGE DAVID C. NORTON**
**NON JURY ROSTER**

| | |
|---|---|
| **2:01-cv-0631-18** | Board of Trustees   vs Church Insurance |
| **2:01-cv-0656-18** | Johnson vs USA |
| **2:01-cv-0871-18** | New, et. al.   vs Sullivan Adams |
| **2:01-cv-0964-18** | USA   vs Jenkins |
| **2:01-cv-1985-18** | Firemans Fund Ins, et. al.  vs  Yang Ming Marine |
| **2:01-cv-2084-181** | Cano, et. al.  vs EA Parker and Sons |
| **2:01-cv-2124-18** | Wahler vs USA |
| **2:01-cv-2126-18** | Todd, et. al.  vs Schneider |

5