2:02cv1808-18 -13
2:02cv2326-18 -24
2:01cv0212-18 -19

**FILED**

JAN 3 - 2003

LARRY W. PROPES, CLERK
CHARLESTON, SC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

### ORDER OF PROTECTION

IT APPEARING to this Court that Stephan V. Futeral has requested protection for the period of March 7, 2003 through March 18, 2003 as he is going on vacation.

THEREFORE, it is

ORDERED that Stephan V. Futeral be granted protection beginning March 7, 2003, Through March 18, 2003.

IT IS SO ORDERED.

_____
Presiding Judge United States District
Court, Charleston Division

Dated: 1/3 , 2002